# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America

**Registration Number:**

**TXu 1-604-091**

Effective date of registration:

March 14, 2008

---

## Title
**Title of Work:** SUSAN E HASSETT LIVING WITH CELIAC DISEASE

## Completion/Publication
**Year of Completion:** 2007
**Nation of 1st Publication:** United States

## Author
- **Author:** SUSAN HASSETT
  **Author Created:** Text

## Copyright claimant
**Copyright Claimant:** SUSAN HASSETT

## Rights and Permissions
**Name:** SUSAN HASSETT
**Email:** livingwithceliac@hotmail.com    **Telephone:** 508-548-1604

## Certification
**Name:** Susan E. Hassett

---

**Copyright Office notes:** Regarding author information: name added from certification statement on application; Claim registered in author's name as claimant. 17 USC 201(a).