Exhibit B

