Exhibit D

SH pg **Dedication** - My reason for writing this book is to try to help other people learn to live with this disease. I don't want people to endure all the *pain and suffering* I have been through.

SH pg 15 - **(Acknowledgements)** Set backs are not good but try not to beat yourself up. Surviving this disease is all about trial and error.

SH pg 17 – **What is celiac disease?**
Also called celiac sprue it is not an allergy to gluten it is an intolerance. If you have celiac disease you are intolerant to gluten and when ingested, digested or absorbed through your skin it attacks your intestinal wall, therefore attacking your immune system with a war like situation going on inside your body it is an auto-immune disorder. Your intestinal wall is what helps the nutrients to your body as well as disposing of your waste. Your intestinal wall becoming attacked weakens or completely shuts down your immune system. The villi in your intestine *becomes damaged* which is the hair like filter in your intestine which the good and bad that comes in and out of your body. If these become so damaged that cannot be rehabilitated then your intestine is so damaged you will eventually start shutting down the organs and the immune system and you will eventually die.

EH pg 3 - I learned about gluten the hard way. I wrote this book so you don't have to.
Most people with celiac disease, like me, have a story to tell. My hope is that in reading mine, and the pages that follow, you will be able to begin your journey to a better body and a better self-without all the heartache *(and bellyache!) that I endured for far to long.*

EH pg 12 – **What is Celiac Disease?**
Celiac disease, is hereditary, meaning it's in your gene pool; chronic, meaning it won't ever go away; and autoimmune, meaning it causes the body to attack itself. If you have celiac disease (which is also known as celiac sprue, nontropical sprue, and gluten-sensitive enteropathy), gluten damages the tiny, hairlike villi lining your small intestine and *prevents your body from absorbing the nutrients* it depends on to survive. The nutritional deficiencies that result from this chronic malabsorption can lead to a staggering range of serious health problems.

Spare parts
EH pg 13 - they now know it's one of the most common genetic conditions in the world. In fact, researchers believe celiac disease might affect as much as 1 percent of the population worldwide. What makes these numbers even more alarming is that less than 5 percent of those who have celiac disease know it! The diverse and deceptive symptoms of celiac disease make it exceptionally difficult to diagnose, but if you even *remotely* suspect that you might have this condition, waste no time in talking to your doctor about your concerns. Untreated celiac disease can take a severe toll on your health, leading to a number of complications including intestinal cancers, …

EH pg 14 - The longer a person who has celiac disease consumes gluten, the more likely these conditions are to develop and worsen. Even if you are symptom-free, you are still not off the hook (See Chapter 3 for more on this.) Getting tested for celiac disease could be one of the most important decisions you will ever make.
To have celiac disease, you must carry the gene for it.

EH pg 15 - Other people with celiac disease do not show symptoms until decades later, generally in early adulthood. Carrying the gene for celiac disease is not necessarily enough to activate the condition.
I have no doubt that,

SH pg 18 - It is said that celiac disease is a genetic autoimmune disorder. You are born with It, and then it seems to go into a dormant stage in your system until something opens up the Pandora type box. This usually happens in your thirties or forties it is like the disease resurfaces. Sometimes some people may have the gene that carries the disease but the Pandora's box never gets triggered. It's kind of like winning the lottery with a real bad gag gift. This is what has seemed to be my story anyhow. There are really two types of celiac's those who can challenge it and those who can absolutely never challenge it. I am zero tolerance to ingest gluten or put it on my skin. People with who can challenge it should not challenge it, but it they do it is not likely to kill him or her but this still does not mean it is not doing damage that you can't feel or see.  So in my case I do not eat any thing man made or anything in a box or out of a can. My case is very severe and the longer you go not being diagnosed the problems you have.

SH pg 18 spare parts - If a celiac person wants to stay safe, while being in a supermarket, only shop on the outside isles.

SH pg 19 - Celiac disease is a very rare disease affecting about one percent of the population and is more common in women. Some cases are much worse than others. The longer it takes to get diagnosed the more damage is done. Since not very much is known about, the disease people can go on for years being mis-diagnosed. I went to three gastrointestinal specialists and a few other doctors and they had every other answer except celiac disease even when I told them I wanted a celiac test they still would not give me one. That was when I had to listen to my own body and took myself off of gluten because I saved my own life and it was almost to late. So if you think you need a celiac disease test demand the test they can not deny you that. Here are some of the excuses doctors will give as excuses to keep you coming back. "You have the flu go home and go to bed", "Your having a bad day, your depressed have a anti-depressant" that probably contains gluten, "Your making it up you are a hypochondriac, go see a shrink" or "You are a woman and you are having female problems".
I finally got off gluten and saw a specialist and he told me to eat gluten so I could challenge the test and make the test have a positive result.
SH pg 19 spare parts - I almost died and the test was still negative. I was bed ridden for months could not walk never mind function I had no quality of life. When we told the doctor he did not even respond. So like I said my advice to anyone who is reading this book is if you think you have this disease demand the test. The longer you go having it, the worse it becomes until you can get a lot of time gluten free under your belt. Remember this is just my opinion.

EH pg 18 - My own story, I'm afraid, is all too typical of what other people experience: For years after diagnosing myself with celiac disease, I struggled to find a doctor who would listen to my theories. When I told doctors--and there were lots of them--that I thought I had celiac disease, they looked at me as if I was crazy, or speaking a foreign language. Why were all these well-recommended doctors just flat-out dismissive of a condition that I knew was common all across the globe?

EH pg 14 - The longer a person who has celiac disease consumes gluten, the more likely these conditions are to develop and worsen. Even if you are symptom-free, you are still not off the hook (See Chapter 3 for more on this.) [illegible] tested for celiac disease could be one of the most important...

EH pg 21 - You should also be aware that gluten must be present in your system for most of the endoscopy and biopsy to provide accurate results. If you've diagnosed yourself with celiac disease and have already given up gluten on your own, your doctor might not be able to assess the results properly--but this is not always a good reason for going back on gluten! Some doctors may request that, for a conclusive diagnosis, you embark on what is known as a "gluten challenge," which entails....

SH pg 22 spare parts - ***Here are some celiac sayings:*** Have you ever seen a fat cave man?

SH pg 23 spare parts - This is a little saying I made up: "If it doesn't fall from a tree, sprout out of the ground, get shot by hunter, caught by a fisherman or laid by a chicken you should not put it in your mouth."

SH pg 30 - **Joint pain** - I get joint pain usually when my body is trying to withdraw from the gluten after being compromised. I have heard that withdrawing from gluten is compared to the withdrawing from heroin and it's even harder.

EH pg 54-55 -The truth is that if you have been G-free for a good chunk of time, the first few days after "getting glutened" will be really tough. Speaking for myself, if I do meet up with gluten, I feel intense pain, fatigue, loss of concentration, moodiness…followed by an insane craving for more of the same. In my imagination, I can only compare this reaction to that of an addict who has just ingested a forbidden substance: Even the most miniscule morsel of gluten will send me spiraling for the next three or four days. Though my stomach will be killing me, I must battle my desire to continue poisoning myself with more gluten.

EH pg 26 – **OSTEOPOROSIS** which could lead to osteoporosis and other skeletal problems,….
Talk to your doctor about getting your bone density tested. Depending on the results, you might need to supplement your gluten-free diet with calcium, magnesium, and vitamin D. Exercise also really helps rebuild bone mass.

EH pg 27 – **REPRODUCTIVE ISSUES** - unexplained infertility and recurrent spontaneous abortions are higher for women with celiac disease--….
Other reproductive issues they might experience include delayed periods, menstrual irregularities, and premature menopause.

**MISCARRIAGE** - The link between undiagnosed celiac disease and higher than normal miscarriage rates is also one that doctors are struggling to understand

SH pg 31 - (**My Symptoms**) Osteoporosis - After years and years of having celiac disease I have osteoporosis. Have a bone density test. If you have celiac disease this is a must, demand it from your doctor. Believe me they won't do it if you don't ask. The longer misdiagnosed or not diagnosed the more severe it becomes. The damage is not reversible it is permanent. Also, take Magnesium one works with the other.

pg 34 - **Infertility** - There is no doubt in my mind that I would not be able to carry a child to term because of the damage from having this disease for so many years undiagnosed. I am forty-three now, a little old to be having a child. I am lucky if I get my period once a year.

**Miscarriages** - Having miscarriages over and over again can be a symptom of celiac disease.

**Gynecological disorders** - When I get my period, I gain about fifteen to twenty pounds and it is incredibly painful. But I never know when or if I will get it or not.

pg 35 - **Early menopause** -I am forty-three years old and thought that would be to young for menopause. I assume it is from the celiac disease. I get hot flashes that are horrible.

SH pg 36 - Be prepared to change all products you use. Anything that is ingested digested or put on your skin should be checked to see if there is gluten in them. If you are just finding out you have celiac disease you

SH pg 36 – (repeat) If you are just finding out you have celiac disease you literally must check out everything in your house for gluten.

SH pg 36 - Don't be <u>discouraged</u> if you do not get everything right the first time out of the gate. The saying "Rome wasn't built in a day" definitely applies when you have Celiac disease. Relapses do happen; a sad reality about the disease is that every time you have a relapse you go back to square one. Every time this happens it becomes harder each time for our immune system to catch back up with are bodies. This is life threatening because our organs can eventually fail. People do not realize how serious the disease is because we are not broken on the outside so seems to be that if people don't see it must not be serious. So if you have a <u>relapse</u>, just start again. I know it sounds tough but if you're going to pull through it must be done. Especially if you suffer as a severe case of the disease as I have. Always try to remain positive, grateful and focused.

SH pg 36 – (repeat) So if you have a relapse, just start again

SH pg 36 – (repeat) So if you have a relapse, just start again. I know it sounds tough but if <u>you're going to pull through it</u> must be done. Especially if you suffer as a severe case of the disease as I have. Always try to remain positive, grateful and focused.

EH pg 50 – (**Points to Remember**) - Many unlikely foods and products, including shampoo and vitamins, might actually contain gluten. (There is some debate whether gluten in shampoo and body products can hurt you, but- as I discuss in detail in Chapter 14, "Gorgeously G-free"-- Wheat-free" does not mean the same thing as "gluten-free." A product could contain no wheat flour, but be filled with rye or barley.

EH pg 80 - **Spices:** Beware the <u>anticlumping</u> agents added to many commercial herbs and seasonings (including those used at restaurants)--they almost always contain gluten. Stick to spices in their pure form. Check with the manufacturer to make absolutely certain that they contain no gluten. I would also recommend cleaning out your spice rack and starting over, since contaminated spices are one of the main routes of gluten exposure.

EH pg 53 - Tomorrow Is the Best Remedy for a Terrible Today Sometimes after I would accidentally have gluten, I would <u>feel defeated and depressed</u>. I would think to myself: "Well, I might as well have more!" Instead, on a bad day, I would call my mom. She would tell me, "Today is over. The good news is that tomorrow, you have a fresh start." A good message to take to heart, and to remember that regardless of a new diet or another big change in your life, or your reasons for being on that diet, everyone has occasional lapses--think of them as hiccups--especially early on.

EH pg 54 - These <u>slipups</u> happen to everyone--do not waste time beating yourself up about it. The important thing is to get back on track ASAP. And you can! Your body is resilient and forgiving, so just focus your energies on getting back to where you need to be.

EH pg 55 - However difficult (or even excruciating!) it might be at first, you have to get back into the saddle as soon as possible.

EH pg 56 – Whatever digestive crime you have committed do not let you brain stop your body from starting afresh. It will take a few days to feel sane and G-free again, but <u>you *will* get there.</u>

SH pg 37 Spare Parts - A person with celiac disease should only shop in the outer isles of the supermarket. The reason being the only thing down the other isles is things you can't have. So why torture yourself. Especially if you just find out you have the disease.

SH pg 37 "If in doubt leave it out" If you ever think there may be gluten in something that should raise a big red flag
you can call ask it their product has gluten if not don't take the Major Affiliation
Don't just talk to anyone you want to talk to a nurse or a doctor or someone in charge. If they say that there is no gluten in a product do not take that at face value tell them you would like that in writing. If they will not send it to you in writing, it must be a lie. Any company who is "celiac aware" or "gluten aware" will have no problem sending you a written statement saying there is no gluten in there product. It's the companies who will not who are probably stretching the truth a little or the are totally lying about there product. Manufactures will do a lot of things to sell their products.

SH pg 38 Just because a product is marked "gluten free" doesn't mean it is true. A product might indeed be gluten free but be packaged on a belt where wheat is made if it was gluten free it is not now. (below >Some...)
>Always read the fine print on the label. I have found that when you are reading the label of ingredients if there is something the really don't want you to see there will be something under that in print you can't even see it will say it is manufactured in a place that packages wheat or wheat products. Or something that may say contains trace amounts of gluten. Or the belt a product is packaged on could contain wheat. This print is usually so small you should get out your magnifying glass to read it. (below >Remember...)
SHpg 38-39 - >Over time you purchase a new product even if you have used it before you should still call and make sure it is gluten free. The reason being sometimes manufactures will change the starch in a product and not change the label on the product or the label on the box that the product came out of. Call the company and ask for it in writing again and again and again if you have to. I usually buy everything in bulk. Do not open any product unless you are sure it is gluten free so at least you can return it. Remember to always tell them that you have celiac and you have zero tolerance for gluten so you may not even have trace amounts. Also make sure they can identify where all the starches in a product are derived from. Also ask if it has been packaged on a belt where products containing wheat have been packaged. As well as has the belt been Cleaned in between packaging?
(below > When....)

EH pg 76-77 - **Step 3: Call back periodically.** Yes, it sounds like a hassle, but "better safe than sorry" is your new mantra, and
[illegible line] Companies frequently change their manufacturing sites or acquire a new brand without altering their product labels. If you are buying chips, cereal, or any other grain-based food from a major company, you want to check that the product is not only G-free, but processed in G-free facilities as well. A corn chip could be riding down a clean conveyor belt one week, and dusted with wheat cracker residue the next. Even if you've been G-free for years, you may want to do these follow-ups on a regular basis.
EH pg 76 - Whatever you do, do *not* forget to ask about manufacturing and processing sites, and if your food of choice goes down the same conveyor belt as gluten-containing foods. A food doesn't have to have gluten on its list of ingredients to be cross-containing!

Plagerism II – page 7

SH pg 38 - >Some spices have a starch put in it so it does not stick together you must find out where this starch is derived. Is the starch from a corn or wheat? Remember this tip when you are talking to customer service. When you sound like you know what you are talking about, they tend to treat you with a little more respect. ~ A lot of cheeses are also packaged with flour on the inside wrapper so it does not stick so be very careful of this.

**(above>> Always....)**

>Remember, check all your spices to make sure they are not [illegible] Usually the spices we can use should be pack from a starch derived from corn and sometimes potatoes. The best spices to use are fresh but sometimes that is a difficult, just be very careful.
**(above >Overtime...)**

SH pg 39 - >When purchasing a product you must ask about what kinds of vinegar are in the products. All cider vinegar's are all right and some balsamic vinegar's can be OK. There are others but call to be sure. I have such a severe case I do not veer to far of my path. I usually stick to what I know which is that my body does fine with cider vinegar, My theory is to be better safe than sorry.

SH pg 39 spare parts Some deli meats are gluten free, which is all good and well, but has the slicer been cleaned in between orders? Probably not, so either buy them before the slicer is used. Or buy yourself a deli meat slicer and do it yourself. It is actually cheaper to buy a roast, cook it yourself, and slice it yourself. You can slice the whole roast, slice it up, freeze it in different packages, and take it out of your freezer, as you need it. It's great when you are packing your lunch.

pg 80 - **Spices:** Beware the anticlumping agents added to many commercial herbs and seasonings (including those used at restaurants)--they almost always contain gluten. Stick to spices in their pure form. Check with the manufacturer to make absolutely certain that they contain no gluten. [illegible] [illegible], since contaminated spices are one of the main routes of gluten exposure.

EH pg 81 - By U.S. law, balsamic, apple cider, and wine vinegars are made from apples and are gluten-free. But not all vinegars get the G-free stamp of approval: Grain vinegar may come from wheat, and malt vinegar is almost always made from barley. Most other vinegars in their pure form are safe.

SH pg 38 (repeat) - A lot of cheeses are also packaged with flour on the inside wrapper so it does not stick so be very careful of this.
SH pg 40 - When it comes to [illegible] Roman [illegible] carefully to check and make sure it is one hundred percent gluten free. It is cheaper to buy the block and grate your own. You must be very careful of the wax that it is packaged in to make sure there is no gluten. These grated cheeses are great for a substitute for bread-crumbs. I rarely use them because I have serious doubts about making these cheeses totally gluten free.

vs

EH pg 88 – (Cheese) [illegible]. But like so many foods, cheese might come into contact with gluten at different points in the manufacturing and packaging process. Cheeses sliced and wrapped in the store could be contaminated with gluten, so I only buy cheeses that are prepackaged and clearly labeled gluten-free. (Kraft, among other companies, always labels its G-free cheeses.) Unless someone can confirm to me that a cheese is gluten-free, I stay away. I feel a lot safer with products that are explicitly labeled gluten-free

SH pg 40 - Do not ever "double dip" This means use one knife for your butter, one for your condiments. If your knife is dirty get another one. For celiac's with severe cases that one crumb in your jelly could be your last.

vs

EH pg 67-68 - As with everything else in our kitchen, the entire family is welcome to all of my foods, but I have a strict policy against double-dipping--I will have your head if I see any breadcrumbs in my peanut butter or jelly!
pg 81 **Oils and butters:** Butter is G-free, too, as long as you keep it away from crumb-contaminated knives!

SH pg 40 - For you celiac's who go to church be careful of the communion wafers they do contain gluten. They can be ordered gluten free and you can talk to your priest or minister about bringing your own.

EH pg 41- **Communion wafers** - Many Catholic communities have already worked out G-free communion solutions for their celiac members. Ener-G Foods sells G-free communion wafers (www.ener-g.com).

SH pg 41 - Because all hair dyes have gluten in them be careful. One day my Mom was dying my hair and my head started burning and my Mom said my face was so red she thought I was a cherry bomb and I was going to explode. She was rubbing the hair dye into my scalp I was screaming and crying. That was the last time that happened. Now if she dyes my hair we use a paintbrush and she makes sure it does not go into my scalp.

vs

EH pg 174 - **When getting your hair colored:** Before getting your hair colored, you must go to the salon for a "color consultation," where your stylist will do a patch test on you forty-eight hours before your coloring appointment. Have your stylist apply a small patch of color on a strand of hair right behind your ear. Leave the dye on the strand for what would be the normal processing time of ten to forty-five minutes. If after forty-eight hours you have suffered no adverse reaction to the dye, you can proceed as planned with the coloring!

SH pg 41 - I do not wear make up never have. However, for you women who do and have celiac be very careful. Most make up does contain gluten. Research this very carefully.

SH pg 45 - Some people will try to tell you that [illegible] cannot be absorbed through the skin and I am telling you that it [illegible]

EH pg 169 - Just as gluten pops up in the unlikeliest foods, it also sneaks into a wide range of personal care products. It's used to bind liquids, to prevent powders from clumping, and to keep colors from fading.
 Right about now, you might be thinking: So what? Isn't gluten absorbed exclusively through the digestive tract, and not the skin? Why does it matter what kind of hand lotion I use?
 Unfortunately, the [illegible] [illegible].

EH 199-200 - In recent years, researchers have begun to examine a potential link between diet and autism spectrum disorders (ASDs), …

But there's one thing that we do know: *[illegible text] … And a growing body of [illegible] suggests that eliminating gluten and casein … [illegible] … the diet can have [illegible] … children diagnosed with ASDs.*

The "autism diet" also known as the gluten free, casein-free(GFCF) diet, calls for the removal of all gluten-containing foods that you'd expect, but it also requires children to give up dairy products, including milk, yogurt, cheese, and ice cream But does it work?

SH pg 42 – **Children with Celiac Disease**
SH pg 42 - Celiac disease is said to have a connection to children with autism.

*[illegible] … [illegible] … a [illegible] for the [illegible].* I am not a doctor but if my child was suffering from autism and there was a chance that it could be controlled naturally I think I would take the chance. I actually have a couple of friends <u>that</u> have children with autism and have tried it with <u>there</u> children and it has helped them considerably.

Plagerism II – page 11

SH pg 43 - **(Children with Celiac Disease)** It is very important if you have a child with celiac disease that you stay positive so he or she will be positive. Try to make your child's illness common knowledge for family members, teachers, doctors, friends the school nurse anyone who has contact with your child. Knowing you have a child with celiac disease definitely means strength. The more strength you have the better off you will be to fight this disease.

SH pg 44 - You want your child to feel as normal as any other child. Clearly, if your child has celiac disease they will be challenged, but he or she does not need to know that. You as a parent can carry some of that burden for him or her until they are old enough to handle it on their own. Try never to make your child feel left out of things just because of the disease, be creative.

When sending your child to school, always pack your child a lunch. Make sure you go over celiac information with the teacher and the lunchroom people at the beginning of each school year. You might tell the teacher to come up with a signal when your child needs to use the bathroom because sometimes-celiac children must use the bathroom more frequently than other children. They also can't wait an extra five minutes they usually need to go right away, make that very clear. Encourage your child to ask questions about anything with you or the teacher, there is no such thing as a stupid question especially when it comes to celiac disease. There are probably a million questions that could be asked. Another great tip is to color code foods in your fridge in different color labels for gluten free foods. Also check the soap and toilet paper at school to make sure your child can use it.

vs

EH pg 145 – **G-Free Kids**
pg 152 – Stage III: Empowering Your Child
Early on, you need to remove any mystique that might surround the G-free diet. Start an ongoing dialogue about what your kids are eating and why. **STEP 1: ARM THEM WITH INFORMATION** Every parent knows that if there's anything kids like more than asking questions, it's getting answers. With new information and you should use their doubtful curiosity for information. Kids are especially interested in any and all information that pertains to them personally. To the greatest extent possible, you should openly talk to your kids about what having an allergy means, and engage in question-and-answer sessions about food. Try… to make G-free living fun for your kids….
pg 153 – **FOCUS ON THE FUN** When teaching your kids about the G-free diet, always keep the information at a level that they can handle, and make it seem fun and exciting--more an adventure than an obligation.
If you keep the lines of communication open, your G-free kids will come to take pride in their diet. Make them feel special--in a good way. They shouldn't see their diet as a stigma or a punishment, but as a special thing that sets them apart.
pg 153-154 **STEP 3: DON'T LIE – EARN THEIR TRUST WITH THE TRUTH** - Honesty is always the way to go: Trying to hide this kind of critical information from your children will create problems in the long run. Kids have high levels of emotional intelligence, and pulling the wool over their eyes is harder than you think.
**Stage IV: Getting Involved at School** l-The start of every school year can be a delicate time for G-free kids--and their parents. The chaos of transitions can make dietary restrictions harder to enforce….
pg 154-155 **STEP 1: TALK TO TEACHERS** - At the start of each and every school year, you need to walk your child's teacher through the minutiae of a gluten-free diet. Make sure that the teacher understands the seriousness of the diet, and the potential consequences of not following it.
Make sure that teachers understand how cross-contamination works, and also emphasize that the teacher should make an effort to keep your child's life as normal as possible, rather than reduce him to his disease. Also make an effort to build a relationship with your child's teacher, and with other school administration officials as well.
**STEP 2: BECOME A (G-FREE) PACK RAT** - Even before sending your G-free child off to school, you should get into the habit of keeping backup meals and snacks on hand

| | |
|---|---|
| SH pg 45 - Dermatitis herpetiformis is a burning of the skin as well as a red itchy rash. This rash is usually on the buttocks, elbows, knees, and face. Some celiac's <u>gets</u> this skin problem others do not. It is said that only five percent of celiac's get it, of course I had to be one of those. I only got the rash mostly on my face and occasionally on my elbows and maybe once on my knees. It would burn so bad I would melt ten ice cubes on it and it <u>will</u> still burn. | EH pg 24 **Understanding Dermatitis Herpetiformis**- In his book *Celiac Disease: A Hidden Epidemic*, Dr. Peter Green describes dermatitis herpetiformis as "celiac disease of the skin." In other words, derpetitis herpetiformis is a form of gluten intolerance that manifests itself in the skin, in a pervasive, servere itchiness and blistering, particularly around the elbows, knees, and buttocks. |
| SH pg 45 - Some people will try to tell you that gluten cannot be absorbed through the skin and I am telling you that it can be absorbed through your skin. | EH pg 169 - Unfortunately, the products we put on the surface of our skin have a funny way of <u>getting inside our bodies.</u> |
| SH pg 50 - ... | EH pg 11- Whatever your motivation for going G-free--whether you have celiac disease or a gluten intolerance, or a basic desire to live a healthier, longer life--this book will help you achieve your goal. |
| SH pg 51 - You certainly do not have to be a celiac to be <u>on a gluten free diet, it is actually a very healthy way to eat.</u> | EH pg 51- ... perhaps you ...  ... before swimsuit season! If this is your goal, even <u>removing just a little gluten from your diet can be an effective weight-loss tool.</u> |

Plagerism II – page 13

SH pg 232 spare parts – The only cure, which not even really a cure is abstaining from gluten for the rest of your life.

SH pg 233 spare parts - Gluten is hidden in everything soaps, shampoo, food, pharmaceutical drugs, over the counter drugs, vitamins, it's everywhere. Your whole life has to change.

**End of Document**